No. 73–5017. BRADLEY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–5020. BROWN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–5022. RIVERA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5026. HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5027. CHAVARRI-ALVA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 73–5030. COBBS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 73–5031. ONISKOR *v.* UTAH. Sup. Ct. Utah. Certiorari denied.

No. 73–5033. WHITE *v.* PADGETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–5034. LANE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5036. MOORE *v.* MCCLELLAN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 73–5064. RODRIGUEZ *v.* GRAY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 73–5067. WILLIAMS *v.* SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–5070. ROSS *v.* BLACKLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.